# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0002.  OGUNNOIKI v. PRINCEWILL ANEKE, LLC et al.**

Upon consideration of Appellant's motion for extension of time in which to file an application for discretionary appeal in the above-referenced case, it is hereby ordered that an extension be granted.  Appellant's discretionary application is now due on or before September 12, 2018.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  08/14/2018*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen                          *, Clerk.*